

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed December 8, 2020

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES D. DONDERO,<br><br>Defendant. | Adversary Proceeding No.<br><br>20-03190-sgj |

**ORDER GRANTING PLAINTIFF HIGHLAND CAPITAL MANAGEMENT, L.P.'S
MOTION FOR EXPEDITED HEARING ON ITS EMERGENCY MOTION FOR A
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
AGAINST MR. JAMES DONDERO**

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

On this day, the Court considered the *Motion for Expedited Hearing* [Adv. Dkt. No. 5] (the "Motion to Expedite") filed by plaintiff Highland Capital Management, L.P. (the "Debtor" or "Plaintiff") seeking an expedited hearing on its *Emergency Motion for a Temporary Restraining Order and Preliminary Injunction against Mr. James Dondero* [Adv. Dkt. No. 6] (the "Motion"). Based on the pleadings filed and defendant James Dondero's ("Mr. Dondero" or "Defendant") lack of opposition to the Motion to Expedite, the Court finds that good cause exists to grant the Debtor's Motion to Expedite. Accordingly,

**IT IS THEREFORE ORDERED** that the Motion to Expedite is **GRANTED**. It is further

**ORDERED** that the hearing on the Motion shall be held on **Thursday, December 10, 2020 at 9:30 a.m. (Central Time)** in the United States Bankruptcy Court for the Northern District of Texas, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242. It is further

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

### END OF ORDER ###