BTXN 208 (rev. 07/09)

IN RE: Highland Capital Management, L.P. v. Dondero

DEBTOR

Temporary Restraining Order (TRO)

**TYPE OF HEARING**

Case # 20–03190–sgj

Highland Capital Management, L.P.

**PLAINTIFF / MOVANT**

*VS*

James D. Dondero

**DEFENDANT / RESPONDENT**

John A. Morris

**ATTORNEY**

John Bond & Michael Lynn

**ATTORNEY**

**EXHIBITS**

SEE EXHIBIT LIST

Declaration of James P. Seery Jr.,

Exhibit's #1 through #29

Michael Edmond

**REPORTED BY**

December 10, 2020

HEARING DATE

Stacey G. Jernigan

JUDGE PRESIDING