

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed December 29, 2020

_____
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § § | Case No. 19-34054-sgj11 |
| Debtor. | § § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § | |
| Plaintiff, | § § | Adversary Proceeding No. |
| vs. | § § § | No. 20-3190-sgj11 |
| JAMES D. DONDERO, | § § § | |
| Defendant. | § § | |

### ORDER RESOLVING JAMES DONDERO'S EMERGENCY MOTION
### FOR A PROTCTIVE ORDER

Having considered (a) *James Dondero's Emergency Motion for Entry of a Protective*

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

*Order* [Adv. Pro. Docket No. 32] (the "Protective Order Motion"); (b) the *Request for Emergency Hearing on James Dondero's Emergency Motion for Entry of a Protective Order* [Adv. Pro. Docket No. 33]; (c) the *Debtor's Objection to James Dondero's Emergency Motion for Entry of a Protective Order* [Adv. Pro. Docket No. 34]; and (d) all prior proceedings relating to this matter; and after due deliberation, it is **HEREBY ORDERED THAT**:

1. The Protective Order Motion is DENIED in its entirety, except as specifically set forth herein.

2. The Debtor's document requests concerning Andrew Clubok shall be limited in time to the period from November 1, 2020, through December 28, 2020.

3. Documents and communications responsive to the Debtor's requests shall be due on December 31, 2020, at 9:30 a.m. To the extent Mr. Dondero withholds any documents on the basis of privilege, he shall deliver all responsive and allegedly privileged documents to the Court by December 31, 2020 at 9:30 a.m. for an *in camera* review to determine by whether any privilege or immunity applies. To the extent that the Court determines that no privilege or immunity applies, the Court will notify the parties by email communication via the courtroom deputy and such documents shall be produced to the Debtor. The Court will notify the parties by the end of the day January 4, 2021, whether the documents or any portion of them are privileged or otherwise subject to protection.

4. Mr. Dondero and Mr. Clubok shall appear on January 5, 2021, or at such other times as the parties may mutually agree, for depositions.

5. The hearing on *Plaintiff Highland Capital Management, L.P.'s Emergency Motion for a Temporary Restraining Order and Preliminary Injunction against Mr. James Dondero* [Adv. Pro. Docket No. 2] shall be adjourned to January 8, 2021, at 9:30 a.m.

6. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

###End of Order###

DOCS_NY:41857.1 36027/002