# EXHIBIT S



Dondero 000043