BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Highland Capital Management, L.P. v. Dondero | Preliminary Injunction Hearing | Case # 20–03190–sgj |
| DEBTOR | **TYPE OF HEARING** | |
| | | |
| Highland Capital Management, L.P. | *VS* | James D. Dondero |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |
| | | |
| John A. Morris & Jeffrey Pomerantz | | Michael Lynn and James Bond |
| **ATTORNEY** | | **ATTORNEY** |

**EXHIBITS**

SEE EXHIBIT LIST

Court Admitted Plaintiff's Exhibit's #A Through #Y

| | | |
|---|---|---|
| Michael Edmond | January 8, 2021 | Stacey G. Jernigan |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |