## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-34054 (SGJ) |
| HIGHLAND CAPITAL MANAGEMENT, L.P.<br><br>Plaintiff,<br>vs.<br><br>JAMES D. DONDERO,<br><br>Defendant. | Adv. Pro. No. 20-03190 (SGJ) |

### CERTIFICATE OF SERVICE

I, Vincent Trang, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtor in the above-captioned case.

On January 7, 2021, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Debtor's Amended Witness and Exhibit List with Respect to Evidentiary Hearing to be Held on January 8, 2021** [Docket No. 46]

Furthermore, on January 7, 2021, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via Overnight Mail upon the service list attached hereto as **Exhibit C**:

- **Plaintiff's Motion for an Order Requiring Mr. James Dondero to Show Cause Why He Should Not Be Held in Civil Contempt for Violating the TRO** [Docket No. 48]

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

- **Debtor's Memorandum of Law in Support of Motion for an Order Requiring Mr. James Dondero to Show Cause Why He Should Not Be Held in Civil Contempt for Violating the TRO** [Docket No. 49]

- **Declaration of John A. Morris in Support of the Debtor's Motion for an Order Requiring Mr. James Dondero to Show Cause Why He Should Not Be Held in Civil Contempt for Violating the TRO** [Docket No. 50]

- **Plaintiff's Motion for Expedited Hearing on its Motion for an Order Requiring Mr. James Dondero to Show Cause Why He Should Not be Held in Civil Contempt for Violating the TRO** [Docket No. 51]

Dated: January 12, 2021

<u>/s/ Vincent Trang</u>
Vincent Trang
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

# EXHIBIT A

**Exhibit A**
Affected Parties
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to James Dondero | Bonds Ellis Eppich Schafer Jones LLP | D. Michael Lynn, John Y. Bonds, III, John T. Wilson, IV, Bryan C. Assink | michael.lynn@bondsellis.com; john@bondsellis.com; john.wilson@bondsellis.com; bryan.assink@bondsellis.com |
| Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen, Dennis M. Twomey | mclemente@sidley.com; alyssa.russell@sidley.com; ebromagen@sidley.com; dtwomey@sidley.com |
| Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Juliana Hoffman, Chandler M. Rognes | preid@sidley.com; pmontgomery@sidley.com; jhoffman@sidley.com; crognes@sidley.com |

# EXHIBIT B

**Exhibit B**
Affected Parties
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to James Dondero | Bonds Ellis Eppich Schafer Jones LLP | D. Michael Lynn, John Y. Bonds, III, John T. Wilson, IV, Bryan C. Assink | 420 Throckmorton Street, Suite 1000 | Fort Worth | TX | 76102 |

# EXHIBIT C

**Exhibit C**
Affected Parties
Served via Overnight Mail

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to James Dondero | Bonds Ellis Eppich Schafer Jones LLP | D. Michael Lynn, John Y. Bonds, III, John T. Wilson, IV, Bryan C. Assink | 420 Throckmorton Street, Suite 1000 | Fort Worth | TX | 76102 |