# **EXHIBIT 1**

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Debtor. | § § § § § § § | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES D. DONDERO,<br><br>Defendant. | § § § § § § § § § § § | Adversary Proceeding<br><br>No. 20-3190-sgj11 |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

**AMENDED WITNESS AND EXHIBIT LIST FOR HEARING ON JANUARY 8, 20**
DOCS_NY:41905.4 36027/002

¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦
1934054210107000000000002

# DEBTOR'S AMENDED WITNESS AND EXHIBIT LIST WITH RESPECT TO EVIDENTIARY HEARING TO BE HELD ON JANUARY 8, 2021

Highland Capital Management, L.P. (the "Debtor") submits the following amended witness and exhibit list with respect to *Plaintiff Highland Capital Management, L.P.'s Emergency Motion for a Temporary Restraining Order and Preliminary Injunction against Mr. James Dondero* [Docket No. 2] which the Court has set for hearing at 9:30 a.m. (Central Time) on January 8, 2021 (the "Hearing") in the above-styled adversary proceeding (the "Adversary Proceeding").

A. **Witnesses:**

1. James Dondero

2. Scott Ellington

3. Isaac Leventon

4. Any witness identified by or called by any other party; and

5. Any witness necessary for rebuttal.

B. **Exhibits:**

| Letter | Exhibit | Offered | Admitted |
|---|---|---|---|
| A. | Declaration of Mr. James P. Seery, Jr. in Support of the Debtor's Motion for a Temporary Restraining Order Against Mr. James Dondero [Docket No. 4] | | |
| B. | Letter from NexPoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P to James Seery dated October 16, 2020 [Dondero Deposition Exhibit 1; Docket No. 4-6] | | |
| C. | Letter from NexPoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P to James Seery dated November 24, 2020 [Dondero Deposition Exhibit 2; Docket No. 4-7] | | |
| D. | Email string dated between November 24, 2020 and November 27, 2020 re SKY equity [Dondero Deposition Exhibit 3; Docket No. 4-8] | | |

| Letter | Exhibit | Offered | Admitted |
|---|---|---|---|
| E. | James Dondero text messages dated November 24, 2020 [Dondero Deposition Exhibit 4; Docket No. 4-28] | | |
| F. | Debtor's First Request for the Production of Documents Directed to James Dondero [Dondero Deposition Exhibit 5] | | |
| G. | Text messages between James Dondero and Jason Rothstein (Dondero 000022; Dondero Deposition Exhibit 6] | | |
| H. | Text messages between James Dondero and Tara Loiben (Dondero 000013; Dondero Deposition Exhibit 7] | | |
| I. | Order Resolving James Dondero's Emergency Motion for a Protective Order [Docket No. 38] | | |
| J. | Order Granting Debtor's Motion for a Temporary Restraining Order Against James Dondero [Dondero Deposition Exhibit 9; Docket No. 10] | | |
| K. | Letter from Pachulski Stang Ziehl & Jones LLP to D. Michael Lynn dated December 23, 2020 [Dondero Deposition Exhibit 10] | | |
| L. | Email string dated December 18, 2020 re Jefferies recap [Dondero Deposition Exhibit 11] | | |
| M. | Response to K&L Gates LLP dated December 22, 2020 [Dondero Deposition Exhibit 12] | | |
| N. | Response to K&L Gates LLP dated December 23, 2020 [Dondero Deposition Exhibit 13] | | |
| O. | Email string dated December 4, 2020 re Multi Strat summary balance sheet as of October 31, 2020 | | |
| P. | Email string dated December 12, 2020 re possible deal [Dondero Deposition Exhibit 15] | | |
| Q. | Email string dated December 16, 2020 re list for joint meeting [Dondero Deposition Exhibit 16] | | |
| R. | Text messages between James Dondero and Melissa Schroth (Dondero 000014; Dondero Deposition Exhibit 17] | | |
| S. | Text messages between James Dondero and Isaac Leventon (Dondero 000043; Dondero Deposition Exhibit 18] | | |
| T. | Email string dated December 24, 2020 re HarbourVest settlement motion | | |

| Letter | Exhibit | Offered | Admitted |
|---|---|---|---|
| U. | Letter from Bonds Ellis to J. Pomerantz dated December 29, 2020 | | |
| V. | Email string dated between December 7, 2020 and December 8, 2020 re call scheduled by Scott Ellington | | |
| W. | Email string dated December 15, 2020 re The Dugaboy Investment Trust and Get Good Trust Common Interest Agreement | | |
| X. | Letter from K&L Gates to J. Pomerantz dated December 31, 2020 | | |
| Y. | Email string dated December 23, 2020 re Dondero call | | |
| Z. | Any document entered or filed in the Adversary Proceeding, including any exhibits thereto | | |
| AA. | Any document entered or filed in the Debtor's chapter 11 bankruptcy case, including any exhibits thereto | | |
| BB. | All exhibits necessary for impeachment and/or rebuttal purposes | | |
| CC. | All exhibits identified by or offered by any other party at the Hearing | | |

Case 20-03190-sgj Doc 84-1 Filed 02/07/21    Entered 02/07/21 19:31:01    Page 5 of 6

Dated: January 7, 2021.              **PACHULSKI STANG ZIEHL & JONES LLP**

                                             Jeffrey N. Pomerantz (CA Bar No.143717)
                                             Ira D. Kharasch (CA Bar No. 109084)
                                             John A. Morris (NY Bar No. 2405397)
                                             Gregory V. Demo (NY Bar 5371992)
                                             Hayley R. Winograd (NY Bar No. 5612569)
                                             10100 Santa Monica Blvd., 13th Floor
                                             Los Angeles, CA 90067
                                             Telephone: (310) 277-6910
                                             Facsimile: (310) 201-0760
                                             E-mail:    jpomerantz@pszjlaw.com
                                                                   ikharasch@pszjlaw.com
                                                                   jmorris@pszjlaw.com
                                                                   gdemo@pszjlaw.com

                                             -and-

                                             **HAYWARD PLLC**

                                             */s/ Zachery Z. Annable*
                                             Melissa S. Hayward
                                             Texas Bar No. 24044908
                                             MHayward@HaywardFirm.com
                                             Zachery Z. Annable
                                             Texas Bar No. 24053075
                                             ZAnnable@HaywardFirm.com
                                             10501 N. Central Expy, Ste. 106
                                             Dallas, Texas 75231
                                             Tel: (972) 755-7100
                                             Fax: (972) 755-7110

                                        *Counsel for Highland Capital Management, L.P.*