# EXHIBIT 5

**From:** Jim Dondero <JDondero@highlandcapital.com>
**Date:** November 27, 2020 at 2:46:35 AM EST
**To:** Thomas Surgent <TSurgent@highlandcapital.com>
**Subject: Fwd: SKY equity**

 I understand Seery is working on a work around to trade these securities anyway.  Trades that contradict investor desires and have no business purpose or investment rational.
You might want to remind him ( and yourself) that the chief compliance officer has personal liability.

James Dondero
Highland Capital Management
972-628-4100
jdondero@highlandcapital.com
www.highlandcapital.com

Begin forwarded message:

> **From:** Joe Sowin <JSowin@highlandcapital.com>
> **Date:** November 24, 2020 at 3:58:24 PM EST
> **To:** Jim Dondero <JDondero@highlandcapital.com>
> **Cc:** Matt Pearson <MPearson@highlandcapital.com>, Hunter Covitz
> <HCovitz@highlandcapital.com>, Compliance <Compliance@hcmlp.com>
> **Subject: Re: SKY equity**
>
>  + Conpliance
> We did not know that but Understood going forward.
>
> Compliance should never have approved this order then - will coordinate with them Jim
>
> Post: Please block all orders from Hitting the trading desk for the fungus Jim mentioned.
>
> Happy to discuss if needed.
> Joe
>
>> On Nov 24, 2020, at 2:29 PM, Jim Dondero <JDondero@highlandcapital.com>
>> wrote:
>>
>>  HFAM and DAF has instructed Highland in writing  not to sell any CLO
>> underlying assets..... there is potential liability, don't do it again please
>>
>> James Dondero
>> Highland Capital Management
>> 972-628-4100
>> jdondero@highlandcapital.com
>> www.highlandcapital.com

On Nov 24, 2020, at 3:20 PM, Matt Pearson
<MPearson@highlandcapital.com> wrote:


I've cxl'd both SKY and AVYA sales – only completed a small
amount of each

SKY 4.5k @ $32.05
AVYA 2,269 @ $17.81

---

**From:** Jim Dondero
**Sent:** Tuesday, November 24, 2020 2:19 PM
**To:** Matt Pearson <MPearson@HighlandCapital.com>
**Cc:** Hunter Covitz <HCovitz@HighlandCapital.com>;
Gatekeeper <Gatekeeper@hcmlp.com>; Joe Sowin
<JSowin@HighlandCapital.com>
**Subject:** Re: SKY equity

No...... do not

James Dondero
Highland Capital Management
972-628-4100
jdondero@highlandcapital.com
www.highlandcapital.com


On Nov 24, 2020, at 2:20 PM, Matt Pearson
<MPearson@highlandcapital.com> wrote:


ok

---

**From:** Hunter Covitz
**Sent:** Tuesday, November 24, 2020 12:40 PM
**To:** Gatekeeper <Gatekeeper@hcmlp.com>
**Cc:** Matt Pearson
<MPearson@HighlandCapital.com>; Joe Sowin
<JSowin@HighlandCapital.com>; Hunter
Covitz <HCovitz@HighlandCapital.com>
**Subject:** SKY equity

Please sell ~half of the positons in Gleneagles
and Grayson in the current 32+ context.

Please sell ~48,500 shares in each CLO, ~97k
shares total.

**HUNTER COVITZ  |**  HEAD OF STRUCTURED
PRODUCTS

2

300 Crescent Court   |   Suite 700   |   Dallas, Texas 75201
  O: 972.628.4124   |   C: 214.394.5510
hcovitz@highlandcapital.com  |   www.highlandcapital.com

---

PRIVILEGE WARNING: The sender or recipient of this message is a member of the legal department at Highland Capital Management. This message and any attachments hereto may constitute attorney work product or be protected by the attorney-client privilege. Do not disclose this message or any attachments hereto without prior consent of a member of the legal department at Highland Capital Management.

---

DISCLAIMER- This email is intended for the recipient(s) only and should not be copied or reproduced without explicit permission. The material provided herein is for informational purposes only and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. It may contain confidential, proprietary or legally privileged information. If you receive this message in error, please immediately delete it.