# EXHIBIT 6



office until Monday and will speak with me then.

From Lynn

Tue, Nov 24, 10:39 AM

Update on UBS please

Tue, Nov 24, 1:01 PM

No update. Will let you know if something changes. Assume that you and Lynn are pushing on the Pot plan. Thanks

Tied up this afternoon

Delivered

Today 5:26 PM

Be careful what you do - last warning.