# **EXHIBIT 8**



ero 000022