# EXHIBIT 16

**From:** Jim Dondero <JDondero@HighlandCapital.com>
**To:** "andrew.clubok@lw.com" <andrew.clubok@lw.com>
**Subject:** Fwd: Multi Strat est balance sheet
**Date:** Fri, 4 Dec 2020 16:31:34 -0600
**Importance:** Normal
**Attachments:** Multi_Strat_est_summary_balance_sheet_as_of_10.31.20.pdf

---

More detail

James Dondero
Highland Capital Management
972-628-4100
jdondero@highlandcapital.com
www.highlandcapital.com

Begin forwarded message:

**From:** Isaac Leventon
**Date:** December 4, 2020 at 5:13:11 PM EST
**To:** Jim Dondero
**Cc:** Scott Ellington
**Subject: FW: Multi Strat est balance sheet**

Subject to Rule 408, created at the request of counsel.

**From:** David Klos
**Sent:** Friday, December 4, 2020 3:22 PM
**To:** Isaac Leventon
**Cc:** Scott Ellington ; Frank Waterhouse
**Subject:** Multi Strat est balance sheet

As you requested.

PRIVILEGE WARNING: The sender or recipient of this message is a member of the legal department at Highland Capital Management. This message and any attachments hereto may constitute attorney work product or be protected by the attorney-client privilege. Do not disclose this message or any attachments hereto without prior consent of a member of the legal department at Highland Capital Management.

DISCLAIMER- This email is intended for the recipient(s) only and should not be copied or reproduced without explicit permission. The material provided herein is for informational purposes only and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. It may contain confidential, proprietary or legally privileged information. If you receive this message in error, please immediately delete it.