# EXHIBIT 17

**From:** Scott Ellington <SEllington@HighlandCapital.com>
**To:** Michael Lynn <dmljng@gmail.com>
**Cc:** Jim Dondero <JDondero@HighlandCapital.com>, John Bonds <john@bondsellis.com>, Bryan Assink <bryan.assink@bondsellis.com>, "John Wilson" <john.wilson@bondsellis.com>
**Subject:** Re: Possible deal
**Date:** Sat, 12 Dec 2020 23:55:16 -0600
**Importance:** Normal

---

It will be JP Sevilla.
I will tell him that he needs to contact you first thing in morning

Sent from my iPhone

On Dec 12, 2020, at 8:44 PM, Michael Lynn wrote:

That said we MUST have a witness NOW.

Sent from my BlackBerry 10 smartphone.

**From:** Michael Lynn
**Sent:** Saturday, December 12, 2020 8:42 PM
**To:** Jim Dondero; John Bonds; Bryan Assink; John Wilson
**Subject:** Possible deal

The possible deal with the debtor went nowhere. It llos like trial.

Sent from my BlackBerry 10 smartphone.

---

PRIVILEGE WARNING: The sender or recipient of this message is a member of the legal department at Highland Capital Management. This message and any attachments hereto may constitute attorney work product or be protected by the attorney-client privilege. Do not disclose this message or any attachments hereto without prior consent of a member of the legal department at Highland Capital Management.