# EXHIBIT 19

< 53

**Melissa >**

Sat, Dec 12, 2:24 PM

Buyers agreed to February 1st it's a done deal counter has been signed! Very good news.

Ok, thanks....
Has JP reviewed Maplewood

Sat, Dec 12, 7:21 PM

We had him review the lease to make sure we gave proper notice.

Mon, Dec 14, 10:52 AM

Please check your mail for the Acura title. Thanks !

Ok haven't seen it yet...

Wed, Dec 16, 5:18 PM

No dugaboy details without subpoena

Thu, Dec 17, 2:49 PM

ero 000014