# **EXHIBIT 21**

| | |
|---|---|
| **From:** | Jim Dondero |
| **Sent:** | Thursday, December 24, 2020 7:59 PM |
| **To:** | Scott Ellington |
| **Subject:** | Fwd: Highland's Motion to Compromise Controversy with HarbourVest |

Sent from my iPhone

Begin forwarded message:

> **From:** Jim Dondero
> **Date:** December 24, 2020 at 5:55:17 PM MST
> **To:** Michael Lynn
> **Subject: Re: Highland's Motion to Compromise Controversy with HarbourVest**
>
> Holy bananas….. make sure we object
>
> Sent from my iPhone
>
>
> On Dec 24, 2020, at 3:21 PM, Michael Lynn wrote:
>
>
> Fyi
>
> Sent from my BlackBerry 10 smartphone.
>
> > **From:** Bryan Assink
> > **Sent:** Thursday, December 24, 2020 4:14 PM
> > **To:** Michael Lynn; John Bonds
> > **Cc:** John Wilson
> > **Subject:** Highland's Motion to Compromise Controversy with HarbourVest
>
> Judge, attached is the 9019 motion filed today by Highland to compromise the HarbourVest claims. The matter has been set at the same time as confirmation (even though that's less than 21 days' notice) on January 13, 2021 at 9:30 a.m. The notice of hearing states that responses to the 9019 motion shall be filed no later than January 11, 2021 at 5:00 p.m.
> The material terms of the settlement as stated in the motion are listed below:
> The Settlement Agreement contains the following material terms, among others:
> - HarbourVest shall transfer its entire interest in HCLOF to an entity to be designated by the Debtor;
> - HarbourVest shall receive an allowed, general unsecured, non-priority claim in the amount of $45 million and shall vote its Class 8 claim in that amount to support the Plan;
> - HarbourVest shall receive a subordinated, allowed, general unsecured, non-priority claim in the amount of $35 million and shall vote its Class 9 claim in that amount to support the Plan;

1

- HarbourVest will support confirmation of the Debtor's Plan, including, but not limited to, voting its claims in support of the Plan;
- The HarbourVest Claims shall be allowed in the aggregate amount of $45 million for voting purposes;
- HarbourVest will support the Debtor's pursuit of its pending Plan of Reorganization; and
- The parties shall exchange mutual releases

**Bryan C. Assink, Associate**
**Bonds Ellis Eppich Schafer Jones LLP**
420 Throckmorton St. **|** Suite 1000 **|** Fort Worth, Texas 76102
office 817.779.4297 **|** fax 817.405.6902
bryan.assink@bondsellis.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter.