# **EXHIBIT 22**

**BONDS ELLIS EPPICH SCHAFER JONES LLP**
ATTORNEYS & COUNSELORS

D. MICHAEL LYNN | D: 817.405.6915 | MICHAEL.LYNN@BONDSELLIS.COM

December 29, 2020

<u>*Via Email*</u>:
Jeffrey Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Email: jpomerantz@pszjlaw.com

Re:    *In re: Highland Capital Management, L.P.* – **Case No. 19-34054**

Dear Jeff:

I am in receipt of your letter sent via email on the evening of December 23, 2020.

In response to the Debtor's demand concerning Mr. Dondero's cell phone, it is our understanding that the phone Dondero is currently using was purchased by Dondero several weeks ago and that the Debtor is not paying for the use of that phone. We are at present not sure of the location of the cell phone issued to Mr. Dondero by the Debtor, but we are not prepared to turn it over without ensuring that the privacy of attorney-client communications by text or email is protected. We are, however, willing to have an independent third party review any items that we would designate as privileged. Our office would need to review what is on the phone to determine what we would designate as privileged before it could reach such a person. In that regard, virtually all communications made between myself and other attorneys employed by Bonds Ellis Eppich Schafer Jones LLP have been through that phone and in many cases are preserved either as texts or emails.

Sincerely,

*/s/ D. Michael Lynn*

D. Michael Lynn

Cc:    Jim Dondero
       John Bonds

O: 817 405 6900 | WWW.BONDSELLIS.COM
420 THROCKMORTON ST, SUITE 1000, FORT WORTH, TEXAS 76102