# EXHIBIT 24

**From:** Scott Ellington <SEllington@HighlandCapital.com>
**To:** Isaac Leventon <ILeventon@HighlandCapital.com>
**Subject:** Fwd: The Dugaboy Investment Trust and Get Good Trust - Common Interest Agreement
**Date:** Tue, 15 Dec 2020 15:47:38 -0600
**Importance:** Normal
**Attachments:** Common_Interest_Agreement_-_Dondero_(00374777-2xBDDDE)_(002)_(Bonds_Ellis_comments).docx

---

Sent from my iPhone

Begin forwarded message:

**From:** Bryan Assink
**Date:** December 15, 2020 at 3:42:42 PM CST
**To:** Michael Lynn , Scott Ellington , John Bonds , John Wilson , Douglas Draper
**Subject: RE: The Dugaboy Investment Trust and Get Good Trust - Common Interest Agreement**

All,

Attached is the Common Interest Agreement with our comments.

Best,
Bryan

---

**From:** Michael Lynn
**Sent:** Tuesday, December 15, 2020 2:53 PM
**To:** Scott Ellington ; John Bonds ; Bryan Assink ; John Wilson
**Subject:** Fw: The Dugaboy Investment Trust and Get Good Trust - Common Interest Agreement

Bryan or John will review the agreement for us.

Sent from my BlackBerry 10 smartphone.

---

**From:** Deborah Hepting <dhepting@hellerdraper.com>

**Sent:** Tuesday, December 15, 2020 2:16 PM

**To:** 'Jim Dondero'; Michael Lynn

**Subject:** The Dugaboy Investment Trust and Get Good Trust - Common Interest Agreement

Please note from Douglas:

Attached please find the form agreement. Please review and advise who I should contact about being a party. Please forward for me to Scott Ellington. As you send me names, we will contact the lawyer to get this moving.

Thanks,

Douglas S. Draper
**Heller, Draper & Horn, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, LA 70130

Office: (504) 299-3300

Direct: (504) 299-3333

Fax: (504) 299-3399

Email: ddraper@hellerdraper.com

Due to the current health crisis, the staff of Heller Draper & Horn . LLC will be working remotely and there may be some delay in responding to your email.

CONFIDENTIALITY NOTICE:
INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE. This message is sent by or on behalf of an attorney of the law firm Heller, Draper & Horn, L.L.C. and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to anyone. If you have received this communication in error, please notify us immediately by reply e-mail or by telephone at 504-299-3300 and immediately delete this message and all of its attachments.

Circular 230:
Pursuant to federal tax regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any advice contained in this communication regarding federal taxes is not written or intended to be used, and cannot be used by any person as the basis for avoiding federal tax penalties under the Internal Revenue Code nor can such advice be used or referred to for the purpose of promoting marketing or recommending any entity, investment plan or arrangement. Thank You.

PRIVILEGE WARNING: The sender or recipient of this message is a member of the legal department at Highland Capital Management. This message and any attachments hereto may constitute attorney work product or be protected by the attorney-client privilege. Do not disclose this message or any attachments hereto without prior consent of a member of the legal department at Highland Capital Management.