# EXHIBIT 26

**From:** Grant Scott <gscott@scottlawgroupllc.com>
**To:** Scott Ellington <SEllington@HighlandCapital.com>
**Subject:** FW: It appears Jim will be available for a 9AM CT call. Can the K&L people make it?
**Date:** Wed, 23 Dec 2020 15:02:50 +0000
**Inline-Images:** image001.jpg

---

FYI, now

**From:** John J. Kane
**Sent:** Wednesday, December 23, 2020 9:58 AM
**To:** Grant Scott ; dsauter@nexpointadvisors.com; A. Lee Hogewood
**Cc:** Brian Clark
**Subject:** Re: It appears Jim will be available for a 9AM CT call. Can the K&L people make it?

866-399-4184

Conf Id: 5549564

Sent from my iPhone


On Dec 23, 2020, at 8:52 AM, Grant Scott <gscott@scottlawgroupllc.com> wrote:


FYI

---

**From:** DC Sauter <DSauter@NexPointadvisors.com>
**Sent:** Wednesday, December 23, 2020 9:51 AM
**To:** Grant Scott <gscott@scottlawgroupllc.com>
**Cc:** Jason Post <JPost@NexpointAdvisors.com>; Hogewood, III, A. Lee <A.Lee.HogewoodIII@klgates.com>
**Subject:** RE: It appears Jim will be available for a 9AM CT call. Can the K&L people make it?

Yes. Copied here. Is there a dial-in?

**D.C. Sauter**

O: 972.628.4117 | C: 469.877.6440

---

**From:** Grant Scott <gscott@scottlawgroupllc.com>
**Sent:** Wednesday, December 23, 2020 8:48 AM
**To:** DC Sauter <DSauter@NexPointadvisors.com>
**Subject:** It appears Jim will be available for a 9AM CT call. Can the K&L people make it?

---

PRIVILEGE WARNING: The sender or recipient of this message is a member of the legal department at Highland Capital Management. This message and any attachments hereto may constitute attorney work product or be protected by the attorney-client privilege. Do not disclose this message or any attachments hereto without prior consent of a member of the legal department at Highland Capital Management.

---

DISCLAIMER- This email is intended for the recipient(s) only and should not be copied or reproduced without explicit permission. The material provided herein is for informational purposes only and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. It may contain confidential, proprietary or legally privileged information. If you receive this message in error, please immediately delete it.

