Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
HAYWARD PLLC
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone/Fax: (972) 755-7100

*Local Counsel for Highland Capital Management, L.P.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. Proc. No. 20-3190-sgj11 |
| | § | |
| JAMES D. DONDERO, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND OTHER PAPERS

Melissa S. Hayward with the law firm of Hayward PLLC, as counsel for Plaintiff Highland Capital Management, L.P., appears in this adversary proceeding. Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, Ms. Hayward requests that all notices, motions,

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725).  The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

pleadings, orders, plans, and disclosure statements filed, served, or entered in this case be served upon the undersigned at the following address:

>Melissa S. Hayward
>MHayward@HaywardFirm.com
>**HAYWARD PLLC**
>10501 N. Central Expy, Ste. 106
>Dallas, Texas 75231

This Notice of Appearance and Request for Service of Notices and Other Papers is not a waiver of any rights, including, without limitation, the right: (i) to have final orders in non-core matters entered only after *de novo* review by a judge of the appropriate United States District Court; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; and (iii) to have the United States District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal.

DATED: February 2, 2021.

>Respectfully submitted,
>
>**HAYWARD PLLC**
>
>By:  */s/ Melissa S. Hayward*
>     Melissa S. Hayward
>     Texas Bar No. 24044908
>     MHayward@HaywardFirm.com
>
>10501 N. Central Expy, Ste. 106
>Dallas, Texas 75231
>Telephone/Fax: (972) 755-7100
>
>**LOCAL COUNSEL FOR HIGHLAND CAPITAL MANAGEMENT, L.P.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing *Notice of Appearance* has been served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this case.

      */s/ Melissa S. Hayward*
      Melissa S. Hayward