| | |
|---|---|
| **From:** | Gregory V. Demo |
| **To:** | Michael Lynn; Michael Lynn; Bryan Assink |
| **Cc:** | Jeff Pomerantz; Ira Kharasch; John A. Morris; Hayley R. Winograd |
| **Subject:** | Highland - Letter & Discovery Requests |
| **Date:** | Wednesday, December 23, 2020 10:19:06 PM |
| **Attachments:** | Letter to D.M. Lynn - 12.23.20.pdf |
| | DOCS_NY-#41817-v3-Document_Requests_Dondero.pdf |
| | DOCS_NY-#41819-v3-Depo_Notice_Dondero.pdf |

Dear Judge Lynn,

Please see attached letter and discovery requests.

Best,
Greg

**Gregory V. Demo**

Pachulski Stang Ziehl & Jones LLP

Tel: 212.561.7730 | Fax: 212.561.7777

GDemo@pszjlaw.com

vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Costa Mesa

---

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.

Dondero Ex. 9