PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES D. DONDERO,<br><br>Defendant. | Adversary Proceeding<br><br>No. 20-3190-sgj11 |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

**APPELLEE'S SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL**

Appellee Highland Capital Management, L.P. ("Appellee"), pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, hereby submits its supplemental designation of items to be included in the record in the appeal filed by James Dondero ("Appellant") from the *Order Granting Debtor's Motion for a Preliminary Injunction against James Dondero* [Docket No. 59] entered by the United States Bankruptcy Court for the Northern District of Texas on January 12, 2021 in the above-styled adversary proceeding (the "Adversary Proceeding"). Appellee respectfully reserves the right to supplement and/or amend the record on appeal designated herein.

I.  **Supplemental Items from the Docket in the Adversary Proceeding**

Appellee designates the following additional items from the docket in the Adversary Proceeding, in addition to the items previously designated by the Appellant:

| Date | Docket No. | Description |
|---|---|---|
| 12/07/2020 | 1 | Plaintiff Highland Capital Management, L.P.'s Verified Original Complaint for Injunctive Relief |
| 12/07/2020 | 2 | Plaintiff Highland Capital Management, L.P.'s Emergency Motion for a Temporary Restraining Order and Preliminary Injunction against Mr. James Dondero |
| 12/07/2020 | 3 | Debtor's Memorandum of Law in Support of Its Motion for a Temporary Restraining Order and Preliminary Injunction against Mr. James Dondero |
| 12/07/2020 | 4 | Declaration of Mr. James P. Seery, Jr. in Support of the Debtor's Motion for a Temporary Restraining Order against Mr. James Dondero |
| 12/07/2020 | 5 | Plaintiff Highland Capital Management, L.P.'s Motion for Expedited Hearing on Its Emergency Motion for a Temporary Restraining Order and Preliminary Injunction against Mr. James Dondero |

| Date | Docket No. | Description |
| --- | --- | --- |
| 12/07/2020 | 6 | Plaintiff Highland Capital Management, L.P.'s Emergency Motion for a Temporary Restraining Order and Preliminary Injunction against Mr. James Dondero |
| 12/08/2020 | 7 | Debtor's Amended Memorandum of Law in Support of its Motion for a Temporary Restraining Order and Preliminary Injunction against Mr. James Dondero |
| 12/08/2020 | 8 | Notice of Hearing on Plaintiff Highland Capital Management, L.P.'s Emergency Motion for a Temporary Restraining Order and Preliminary Injunction against Mr. James Dondero |
| 12/09/2020 | 9 | Order Granting Plaintiff Highland Capital Management, L.P.'s Motion for Expedited Hearing on Its Emergency Motion for a Temporary Restraining Order and Preliminary Injunction against Mr. James Dondero |
| 12/10/2020 | 10 | Order Granting Debtor's Motion for a Temporary Restraining Order Against James Dondero |
| 12/10/2020 | 14 | Court Admitted Exhibits Date of Hearing December 10, 2020 |
| 12/11/2020 | 16 | Notice of Hearing on Plaintiff Highland Capital Management, L.P.'s Motion for a Preliminary Injunction against Mr. James Dondero |
| 12/11/2020 | 17 | Summons in an Adversary Proceeding |
| 12/11/2020 | 18 | Order Regarding Adversary Proceedings Trial Setting and Alternative Scheduling Order |
| 12/16/2020 | 24 | James Dondero's Emergency Motion to Modify Temporary Restraining Order |
| 12/17/2020 | 27 | Summons Service Executed |
| 12/23/2020 | 29 | Notice of Withdrawal (re: James Dondero's Emergency Motion to Modify Temporary Restraining Order) |
| 12/28/2020 | 34 | Debtor's Objection to James Dondero's Emergency Motion for a Protective Order |
| 12/29/2020 | 37 | Amended Notice of Hearing on Plaintiff Highland Capital Management, L.P.'s Motion for a Preliminary Injunction against Mr. James Dondero |
| 12/29/2020 | 38 | Order Resolving James Dondero's Emergency Motion for a Protective Order |
| 01/07/2021 | 46 | Debtor's Amended Witness and Exhibit List with Respect to Evidentiary Hearing to be Held on January 8, 2021 |

| Date | Docket No. | Description |
|---|---|---|
| 01/07/2021 | 48 | Plaintiff's Motion for an Order Requiring Mr. James Dondero to Show Cause Why He Should Not Be Held in Civil Contempt for Violating the TRO |
| 01/07/2021 | 49 | Debtor's Memorandum of Law in Support of Motion for an Order Requiring Mr. James Dondero to Show Cause Why He Should Not Be Held in Civil Contempt for Violating the TRO |
| 01/07/2021 | 50 | Declaration of John A. Morris in Support of the Debtor's Motion for an Order Requiring Mr. James Dondero to Show Cause Why He Should Not Be Held in Civil Contempt for Violating the TRO |
| 01/08/2021 | 54 | Court Admitted Exhibits Date of Hearing January 8, 2021 |

Appellee reserves the right to designate additional items depending on the arguments made by Appellant on appeal.

Dated:  February 10, 2021.   **PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No.143717)
Ira D. Kharasch (CA Bar No. 109084)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail:    jpomerantz@pszjlaw.com
           ikharasch@pszjlaw.com
           jmorris@pszjlaw.com
           gdemo@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*