PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 266326) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (TX Bar No. 24044908)
MHayward@HaywardFirm.com
Zachery Z. Annable (TX Bar No. 24053075)
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES D. DONDERO,<br><br>Defendant. | Adversary Proceeding No.<br><br>No. 20-3190-sgj11 |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

## THIRD AMENDED NOTICE OF DEPOSITION TO ISAAC LEVENTON

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure 7030, the Debtor will take the deposition of Isaac Leventon in connection with *Plaintiff's Motion for an Order Requiring Mr. James Dondero to Show Cause Why He Should Not Be Held in Civil Contempt for Violating the TRO* [Adv. Proc. Docket No. 48] (the "Motion"), on Monday, February 15, 2021, commencing at 12:00 p.m. (Central Time), or at such other day and time as the Debtor determines upon reasonable notice.

**The deposition will be taken remotely** via an online platform due to the coronavirus pandemic such that no one will need to be in the same location as anyone else in order to participate in the deposition and by use of Interactive Realtime.  Parties who wish to participate in the deposition should contact **John A. Morris**, Pachulski Stang Ziehl & Jones LLP, at jmorris@pszjlaw.com **no fewer than 48 hours before the start of the deposition** for more information regarding participating in this deposition remotely.

| | |
|---|---|
| Dated: February 11, 2021. | **PACHULSKI STANG ZIEHL & JONES LLP** <br> Jeffrey N. Pomerantz (CA Bar No. 143717) <br> Ira D. Kharasch (CA Bar No. 109084) <br> John A. Morris (NY Bar No. 266326) <br> Gregory V. Demo (NY Bar No. 5371992) <br> Hayley R. Winograd (NY Bar No. 5612569) <br> 10100 Santa Monica Blvd., 13th Floor <br> Los Angeles, CA 90067 <br> Telephone: (310) 277-6910 <br> Facsimile: (310) 201-0760 <br> Email: jpomerantz@pszjlaw.com <br>       ikharasch@pszjlaw.com <br>       jmorris@pszjlaw.com <br>       gdemo@pszjlaw.com <br>       hwinograd@pszjlaw.com <br><br> -and- <br><br> **HAYWARD PLLC** <br><br> */s/ Zachery Z. Annable* <br> Melissa S. Hayward <br> Texas Bar No. 24044908 <br> MHayward@HaywardFirm.com <br> Zachery Z. Annable <br> Texas Bar No. 24053075 <br> ZAnnable@HaywardFirm.com <br> 10501 N. Central Expy, Ste. 106 <br> Dallas, Texas 75231 <br> Tel: (972) 755-7100 <br> Fax: (972) 755-7110 <br><br> *Counsel for Highland Capital Management, L.P.* |