

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed February 18, 2021

_____
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> JAMES D. DONDERO, <br><br> Defendant. | Adversary Proceeding No. <br><br> No. 20-3190-sgj11 |

## ORDER GRANTING MOTION TO
## CONTINUE CONTEMPT HEARING

Having considered the *Motion to Continue Contempt Hearing* (the "Motion")[2] filed by

Highland Capital Management, L.P., the debtor and debtor-in-possession in the above-captioned

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

DOCS_NY:42348.1 36027/002

chapter 11 case (the "Debtor") and the plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), the Court finds that good cause exists to grant the Motion, as set forth herein.  Accordingly, it is **HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The Hearing is hereby continued from February 19, 2021 at 10:00 a.m. (Central Time) to **February 23, 2021 at 9:30 a.m. (Central Time)**.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

### END OF ORDER ###

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.