D. Michael Lynn
State Bar I.D. No. 12736500
John Y. Bonds, III
State Bar I.D. No. 02589100
John T. Wilson, IV
State Bar I.D. No. 24033344
Bryan C. Assink
State Bar I.D. No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile

**ATTORNEYS FOR DEFENDANT JAMES DONDERO**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § | | **Case No. 19-34054** |
| § | | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.** § | | **Chapter 11** |
| § | | |
| Debtor. § | | |

| | | |
|---|---|---|
| § | | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** § | | |
| § | | |
| Plaintiff. § | | |
| § | | |
| v. § | | **Adversary No. 20-03190** |
| § | | |
| **JAMES D. DONDERO,** § | | |
| § | | |
| Defendant. § | | |

### JAMES DONDERO'S SECOND AMENDED WITNESS AND EXHIBIT LIST

Defendant James Dondero ("Dondero") hereby files this Second Amended Witness and Exhibit List with respect to the hearing on *Plaintiff's Motion for an Order Requiring Mr. James Dondero to Show Cause Why He Should not be Held in Civil Contempt for Violating the TRO* [Adv. Dkt. 48] and *Debtor's Memorandum of Law in Support of Motion for an Order Requiring Mr. James Dondero to Show Cause Why He Should Not Be Held in Civil Contempt for Violating*

*the TRO* [Adv. Dkt. 49] (collectively, the "Contempt Motion") set for hearing on February 23, 2021 at 9:30 a.m. (the "Hearing") in the above-styled adversary proceeding (the "Adversary Proceeding").

**A.    Documents that Dondero may use as exhibits:**

| Dondero Exhibit No. | Description | Offered | Objection | Admitted by Agreement | Admitted |
|---|---|---|---|---|---|
| 1. | Amended and Restated Shared Services Agreement, dated effective as of January 1, 2018, by and between Highland Capital Management, L.P. and NexPoint Advisors, L.P. | | | | |
| 2. | Second Amended and Restated Shared Services Agreement by and between Highland Capital Management, L.P. and Highland Capital Management Fund Advisors, L.P., dated February 8, 2013 | | | | |
| 3. | Debtor's Responses and Objections to Defendant James Dondero's First Set of Discovery Requests to Highland Capital Management, L.P. | | | | |
| 4. | Debtor's Notice of Termination of Shared Services Agreement with NexPoint Advisors, L.P. effective January 31, 2021 | | | | |
| 5. | Debtor's Notice of Termination of Shared Services Agreement with Highland Capital Management Fund Advisors, L.P. effective January 31, 2021 | | | | |
| 6. | Employee Handbook of Highland Capital Management, L.P. | | | | |
| 7. | Debtor's Response to Mr. James Dondero's Motion for Entry of an Order Requiring Notice and Hearing | | | | |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   | for Future Estate Transactions Occurring Outside the Ordinary Course of Business [Docket No. 1546] |   |   |   |   |
| 8. | Term Sheet [Dkt. 354 and 354-1] |   |   |   |   |
| 9. | Email from Debtor's counsel to Dondero's counsel, dated December 23, 2020 |   |   |   |   |
| 10. | Dondero's Objections and Responses to Debtor's First Request for Production |   |   |   |   |
| 11. | Email from Bryan Assink to Debtor's counsel containing Dondero's Objections and Responses to Debtor's First Request for Production, dated December 31, 2020 |   |   |   |   |
| 12. | Sub-Advisory Agreement between NexPoint Advisors, L.P. and Highland Capital Management, L.P. |   |   |   |   |
| 13. | Payroll Expense Reimbursement Agreement dated effective as of January 1, 2018 by and between NexPoint Advisors, L.P. and Highland Capital Management, L.P. |   |   |   |   |
| 14. | Payroll Expense Reimbursement Agreement dated effective as of May 1, 2018 by and between Highland Capital Management Fund Advisors, L.P. and Highland Capital Management, L.P. |   |   |   |   |
| 15. | Transcript of December 10, 2020 Hearing |   |   |   |   |
| 16. | Email chain between Douglas Draper, John Morris, and Isaac Leventon regarding Dugaboy documents, dated December 16, 2020 |   |   |   |   |

| | | | | | |
|---|---|---|---|---|---|
| 17. | Email chain between Douglas Draper and John Morris regarding Dugaboy documents, dated December 18, 2020 | | | | |
| 18. | Email chain between Douglas Draper and John Morris regarding Dugaboy documents, dated December 18, 2020 | | | | |
| 19. | Email chain between Douglas Draper and John Morris regarding Dugaboy documents, dated December 23, 2020 | | | | |
| 20. | Email chain between Douglas Draper and John Morris regarding Dugaboy documents, dated January 14, 2021 | | | | |
| | Any document or pleading filed in the above-captioned bankruptcy case or adversary proceeding | | | | |
| | Any exhibit necessary for impeachment or rebuttal purposes | | | | |
| | Any and all documents identified or offered by any other party | | | | |

Dondero reserves the right to supplement this Exhibit List should he determine that any other document may be helpful to the trier of fact, whether in his case in chief or rebuttal.

**B.    Witnesses that Dondero may call to testify:**

1. James Dondero;

2. James P. Seery, Jr.;

3. Scott Ellington;

4. Isaac Leventon;

5. Jason Post;

6. Any and all other witnesses identified or called by any other party; and

7. Any witness necessary for rebuttal.

Dondero reserves the right to supplement this Witness List should he determine that any other witness may be helpful to the trier of fact, whether in his case in chief or rebuttal.

Dated: February 20, 2021

Respectfully submitted,

*/s/ Bryan C. Assink*
D. Michael Lynn
State Bar I.D. No. 12736500
John Y. Bonds, III
State Bar I.D. No. 02589100
John T. Wilson, IV
State Bar I.D. No. 24033344
Bryan C. Assink
State Bar I.D. No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: michael.lynn@bondsellis.com
Email: john@bondsellis.com
Email: john.wilson@bondsellis.com
Email: bryan.assink@bondsellis.com

**ATTORNEYS FOR DEFENDANT JAMES DONDERO**

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on February 20, 2021, a true and correct copy of the foregoing document with exhibits was served via the Court's CM/ECF system on all parties requesting or consenting to such service in this case.

*/s/ Bryan C. Assink*
Bryan C. Assink