

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 2, 2021**

_____
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES D. DONDERO,<br><br>Defendant. | Adversary Proceeding No.<br><br>No. 20-3190-sgj11 |

### ORDER GRANTING MOTION TO
### CONTINUE FURTHER THE CONTEMPT HEARING

Having considered the *Motion to Continue Further the Contempt Hearing* (the "Motion")[2] filed by Highland Capital Management, L.P., the debtor and debtor-in-possession in

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

the above-captioned chapter 11 case (the "<u>Debtor</u>") and the plaintiff in the above-captioned adversary proceeding (the "<u>Adversary Proceeding</u>"), the Court finds that good cause exists to grant the Motion as set forth herein.  Accordingly, it is **HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The Hearing is hereby continued from February 23, 2021 at 9:30 a.m. (Central Time) to **<u>March 22, 2021 at 9:30 a.m. (Central Time)</u>**.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # # END OF ORDER # # #

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.