PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES D. DONDERO,<br><br>    Defendant. | Adversary Proceeding<br><br>No. 20-3190-sgj11 |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

**DEBTOR'S NOTICE OF REPLACEMENT EXHIBITS 11, 38, AND 39 WITH RESPECT TO EVIDENTIARY HEARING TO BE HELD ON MARCH 22, 2021**     PAGE 1 OF 3

DOCS_NY:42676.1 36027/002

**DEBTOR'S NOTICE OF REPLACEMENT EXHIBITS 11, 38, AND 39 WITH RESPECT TO EVIDENTIARY HEARING TO BE HELD ON MARCH 22, 2021**

Highland Capital Management, L.P. (the "Debtor") hereby gives notice that it intends to offer into evidence the attached documents annexed hereto as Exhibits 11, 38, and 39 during the evidentiary hearing scheduled for March 22, 2021 with respect to *Plaintiff's Motion for an Order Requiring Mr. James Dondero to Show Cause Why He Should Not Be Held in Civil Contempt for Violating the TRO* [Docket No. 48].

Please take further notice that (a) the exhibit numbers correspond to *Debtor's Supplemental Witness and Exhibit List with Respect to Evidentiary Hearing to Be Held on February 23, 2021* [now, March 22, 2021] filed at Docket No. 101 (the "Exhibit List"); (b) the only difference between Exhibit 11 attached to the Exhibit List and the version of Exhibit 11 attached hereto is that the top line (which identifies, among other things, the date and time that the TRO was filed on the docket) is legible on the version attached hereto; and (c) Exhibits 38 and 39 (which are certain time records) are being filed consistent with the statement on the Exhibit List that they were "under review."

Dated:  March 21, 2021.

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No.143717)
Ira D. Kharasch (CA Bar No. 109084)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail:     jpomerantz@pszjlaw.com
            ikharasch@pszjlaw.com
            jmorris@pszjlaw.com
            gdemo@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*