BTXN 208 (rev. 07/09)

| IN RE: Highland Capital Management, L.P. v. Dondero | Plaintiff's Motion for an Order Requiring Mr. James Dondero to Show Cause Why He Should Not Be Held in Civil Contempt for Violating the TRO | Case # 20–03190–sgj |
|---|---|---|

**DEBTOR**

## TYPE OF HEARING

| Highland Capital Management, L.P. | VS | James D. Dondero |
|---|---|---|
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| John A. Morris | | John T. Wilson |
|---|---|---|
| **ATTORNEY** | | **ATTORNEY** |

## EXHIBITS

| SEE EXHIBIT LIST | SEE EXHIBIT LIST |
|---|---|
| Court Admitted Plaintiff's Exhibit's #1, #2, #3, #7 through #15; #17 through #22, #24, #25, #26, #27 #28, #37, #38, #39 #47 through #57 | Court Admitted Defendant's Exhibit's #1 through #20 |

| Michael Edmond | March 22, 2021 | Stacey G. Jernigan |
|---|---|---|
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |