

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed March 24, 2021

_____
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: § | | Case No. 19-34054 |
| § | | |
| HIGHLAND CAPITAL MANAGEMENT, L.P. § | | Chapter 11 |
| § | | |
| Debtor. § | | |

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., § | | |
| § | | |
| Plaintiff. § | | |
| § | | |
| v. § | | Adversary No. 20-03190 |
| § | | |
| JAMES D. DONDERO, § | | |
| § | | |
| Defendant. § | | |

## ORDER DENYING JAMES DONDERO'S MOTION TO REOPEN EVIDENCE TO ALLOW FOR ADDITIONAL REBUTTAL WITNESS TESTIMONY

On March 24, 2021, the Court considered the *Motion to Reopen Evidence to Allow for Additional Rebuttal Witness Testimony* [Adv. Dkt. 132] (the "Motion") filed by Defendant James

Dondero ("Dondero") regarding the hearing on *Plaintiff's Motion for an Order Requiring Mr. James Dondero to Show Cause Why He Should Not Be Held in Civil Contempt for Violating the TRO* [Dkt. 48] (the "Contempt Motion"). Upon consideration of the Motion and the arguments made by counsel during the hearing on March 24, 2021, the Court finds that the Motion should be denied for the reasons stated on the record during the hearing. Accordingly, it is hereby ordered as follows:

1. The Motion is **DENIED**.

###END OF ORDER###