| | |
|---|---|
| **From:** | Bryan Assink |
| **To:** | Jeff Pomerantz; "John A. Morris"; Ira Kharasch; Gregory V. Demo |
| **Cc:** | "Michael Lynn"; John Bonds; John Wilson |
| **Subject:** | Highland Capital Management - Dondero"s Production in Response to Debtor"s Document Request |
| **Date:** | Thursday, December 31, 2020 9:24:00 AM |
| **Attachments:** | Dondero Response to Debtor"s First RFP 12.31.20.pdf |
| | Dondero 000001 - 000108.pdf |

Counsel:

Attached please find (i) James Dondero's Objections and Responses to Debtor's First Request for Production; and (ii) documents responsive to Debtor's document requests, which are designated Dondero 000001 – 000108.

While Mr. Dondero believes that certain of the documents and communications responsive to the request and included in this production may be privileged or confidential, including under the Court's mediation order and Rule 408, he is producing them to ensure compliance with the Court's ruling of December 28 and to alleviate the need for the parties and the Court to incur additional time on these discovery requests.

Best,
Bryan

**Bryan C. Assink, Associate**
**Bonds Ellis Eppich Schafer Jones LLP**
420 Throckmorton St. | Suite 1000 | Fort Worth, Texas 76102
office 817.779.4297 | fax 817.405.6902
bryan.assink@bondsellis.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.  IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows:  Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter.

Dondero Ex. 19