

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 6, 2021**

_____
United States Bankruptcy Judge
_____


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 19-34054-SGJ-11 |
| HIGHLAND CAPITAL MANAGEMENT, LP, | § § § | Chapter 11 |
| Debtor. | § | |
| HIGHLAND CAPITAL MANAGEMENT, LP, | § § | |
| Plaintiff. | § § | |
| v. | § | Adversary No.: 21-03190-SGJ-11 |
| JAMES D. DONDERO, | § § | |
| Defendant. | § | |

## ORDER DENYING MOTION FOR CONTINUANCE OF CONTEMPT HEARING

The Court has considered the *Motion for Continuance of Contempt Hearing* [Adv. Dkt.

126] (the "Motion") filed by Defendant James Dondero ("Dondero") with respect to the hearing on *Plaintiff's Motion for an Order Requiring Mr. James Dondero to Show Cause Why He Should Not Be Held in Civil Contempt for Violating the TRO* (the "Contempt Motion") that was set for March 22, 2021 at 9:30 a.m. Upon consideration of the Motion, the Court finds that the Motion should be denied. Accordingly, it is hereby ordered as follows:

1. The Motion is **DENIED**.

###END OF ORDER###