

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed May 6, 2021

United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § | Case No. 19-34054 |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.** § | Chapter 11 |
| Debtor. § | |

| | | |
|---|---|---|
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** § | |
| Plaintiff. § | |
| v. § | Adversary No. 20-03190 |
| **JAMES D. DONDERO,** § | |
| Defendant. § | |

### ORDER GRANTING REQUEST FOR EMERGENCY HEARING

On this date, the Court considered the *Request for Emergency Hearing* (the "Request") filed by Defendant James Dondero (the "Movant") with respect to the *Defendant's Emergency*

*Motion to Stay Proceedings Pending Resolution of Defendant's Petition for Writ of Mandamus or, Alternatively, Motion to Continue Trial Setting* (the "Motion")[1] filed by Movant on April 30, 2021.

Having considered the Request, and the fact that the Debtor has represented it is unopposed to the Request, the Court finds that good and sufficient cause exists for granting the Request and scheduling an emergency hearing to consider the Motion. Accordingly, it is hereby:

**ORDERED, ADJUDGED AND DECREED** that:

1. The Request is **GRANTED** as provided herein.

2. A hearing on the Motion shall occur on **May 10, 2021 at 1:30 p.m.**

3. Pending a ruling on the Motion, all pretrial deadlines contained in the Court's *Order Regarding Adversary Proceeding Trial Setting and Alternative Scheduling Order* [Adv. Dkt. 18] shall continue to apply.

# # # END OF ORDER # # #

Respectfully submitted by:

John Y. Bonds, III
State Bar I.D. No. 02589100
John T. Wilson, IV
State Bar I.D. No. 24033344
Bryan C. Assink
State Bar I.D. No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: John@bondsellis.com
Email: john.wilson@bondsellis.com
Email: Bryan.assink@bondsellis.com

ATTORNEYS FOR DEFENDANT JAMES DONDERO

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.