John Y. Bonds, III
State Bar I.D. No. 02589100
John T. Wilson IV
State Bar I.D. No. 24033344
Bryan C. Assink
State Bar I.D. No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile

**ATTORNEYS FOR DEFENDANT JAMES DONDERO**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | **Case No. 19-34054** |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.** | § | **Chapter 11** |
| | § | |
| Debtor. | § | |

| | | |
|---|---|---|
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| v. | § | |
| | § | **Adversary No. 20-03190** |
| **JAMES D. DONDERO,** | § | |
| | § | |
| Defendant. | § | |

## JAMES DONDERO'S WITNESS AND EXHIBIT LIST

Defendant James Dondero ("Dondero") hereby files this Witness and Exhibit List with respect to the hearing on *Defendant's Emergency Motion to Stay Proceedings Pending Resolution of Defendant's Petition for Writ of Mandamus or, Alternatively, Motion to Continue Trial Setting* [Docket No. 154] set for hearing on May 10, 2021 at 1:30 p.m. (the "Hearing") in the above-styled adversary proceeding (the "Adversary Proceeding").

**A.     Documents that Dondero may use as exhibits:**

| Dondero Exhibit No. | Description | Offered | Objection | Admitted by Agreement | Admitted |
|---|---|---|---|---|---|
| 1. | Dondero's Motion to Stay or to Continue Trial [Docket No. 154] | | | | |
| 2. | Dondero's Petition for Writ of Mandamus [Docket No. 154-2] | | | | |
| 3. | Letter from Fifth Circuit Clerk to counsel for the Debtor requiring response to Mandamus [Docket No. 154-3] | | | | |
| | Any document or pleading filed in the above-captioned bankruptcy case or adversary proceeding | | | | |
| | Any exhibit necessary for impeachment or rebuttal purposes | | | | |
| | Any and all documents identified or offered by any other party | | | | |

Dondero reserves the right to supplement this Exhibit List should he determine that any other document may be helpful to the trier of fact, whether in his case in chief or rebuttal.

**B.     Witnesses that Dondero may call to testify:**

1.     Any witnesses identified or called by any other party; and

2.     Any witness necessary for rebuttal.

Dondero reserves the right to supplement this Witness List should he determine that any other witness may be helpful to the trier of fact, whether in his case in chief or rebuttal.

Dated: May 10, 2021

Respectfully submitted,

*/s/ Bryan C. Assink*
John Y. Bonds, III
State Bar I.D. No. 02589100
John T. Wilson, IV
State Bar I.D. No. 24033344
Bryan C. Assink
State Bar I.D. No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: john@bondsellis.com
Email: john.wilson@bondsellis.com
Email: bryan.assink@bondsellis.com

**ATTORNEYS FOR DEFENDANT JAMES DONDERO**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on May 10, 2021, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on all parties requesting or consenting to such service in this case.

*/s/ Bryan C. Assink*
Bryan C. Assink