

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed May 14, 2021

_____
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 19-34054 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | § | Chapter 11 |
| | § | |
| Debtor. | § | |

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| v. | § | Adversary No. 20-03190 |
| | § | |
| JAMES D. DONDERO, | § | |
| | § | |
| Defendant. | § | |

**ORDER DENYING DEFENDANT'S EMERGENCY MOTION TO STAY
PROCEEDINGS PENDING RESOLUTION OF DEFENDANT'S PETITION FOR WRIT
OF MANDAMUS OR, ALTERNATIVELY, MOTION TO CONTINUE TRIAL SETTING**

On May 10, 2021, the Court conducted a hearing to consider the *Defendant's Emergency*

*Motion to Stay Proceedings Pending Resolution of Defendant's Petition for Writ of Mandamus or, Alternatively, Motion to Continue Trial Setting* (the "Motion")[1] filed by Defendant James Dondero ("Dondero"). Upon consideration of the Motion, the pleadings on file with the Court, the arguments of counsel and the record in this case, the Court finds that the Motion should be denied for the reasons stated on the record during the hearing. Accordingly, it is hereby ordered as follows:

1. The Motion is **DENIED**.

###END OF ORDER###

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.