John T. Wilson IV
State Bar I.D. No. 24033344
Clay M. Taylor
State Bar I.D. No. 24033261
Bryan C. Assink
State Bar I.D. No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile

**ATTORNEYS FOR APPELLANT JAMES DONDERO**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | **Case No. 19-34054** |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.** | § | **Chapter 11** |
| | § | |
| Debtor. | § | |

| | | |
|---|---|---|
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| v. | § | |
| | § | **Adversary No. 20-03190** |
| **JAMES D. DONDERO,** | § | |
| | § | |
| Defendant. | § | |

## APPELLANT'S DESIGNATION OF ITEMS TO
## BE INCLUDED IN THE RECORD ON APPEAL AND
## STATEMENT OF ISSUES TO BE PRESENTED

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), Appellant James Dondero ("Appellant") in this appeal as noticed by the *Notice of Appeal*

[Adv. Dkt. 195] filed by Appellant on June 15, 2021, files this *Appellant's Designation of Items*

*to be Included in the Record on Appeal and Statement of Issues to be Presented* in the above-

captioned case and requests that the Clerk prepare and forward the items listed herein to the District

Court for inclusion in the record in connection with this appeal.

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

1.    *Notice of Appeal* [Adv. Dkt. 195] filed by Appellant;

2.    *Memorandum Opinion and Order Granting In Part Plaintiff's Motion to Hold James Dondero in Civil Contempt of Court for Alleged Violation of TRO* [Adv. Dkt. 191];

3.    Docket entries kept by the bankruptcy clerk in case no. 19-34054;

4.    All docket entries and filings kept by the bankruptcy clerk in adversary

proceeding number 20-03190; and

5.    Each of the additional documents and items designated below:

| Designation No. | Docket No. | Date | Description |
|---|---|---|---|
|  | Documents filed in Main Bankruptcy Case- Case No. 19-34054 |
| 1. | Bankr. Dkt. 1472 | 11/24/20 | Debtor's Fifth Amended Plan of Reorganization |
| 2. | Bankr. Dkt. 1473 | 11/24/20 | Disclosure Statement for Fifth Amended Plan of Reorganization |
| 3. | Bankr. Dkt. 1476 | 11/24/20 | Order Approving Disclosure Statement |
| 4. | Bankr. Dkt. 1528 | 12/8/20 | Motion for Order Imposing Temporary Restrictions on Debtor's Ability, as Portfolio Manager, to Initiate Sales by Non-Debtor CLO Vehicles |
| 5. | Bankr. Dkt. 1578 | 12/15/20 | Debtor's Objection to Motion for Order Imposing Temporary Restrictions on Debtor's Ability, as Portfolio Manager, to Initiate Sales by Non-Debtor CLO Vehicles |
| 6. | Bankr. Dkt. 1605 | 12/18/20 | Order Denying Motion for Order Imposing Temporary Restrictions on Debtor's Ability, as Portfolio Manager, to Initiate Sales by Non-Debtor CLO Vehicles |
| 7. | Bankr. Dkt. 1808 | 1/22/21 | Debtor's Fifth Amended Plan of Reorganization (as modified) |
| 8. | Bankr. Dkt. 1809 | 1/22/21 | Redline of Fifth Amended Plan of Reorganization (as modified) |
| 9. | Bankr. Dkt. 1943 | 2/22/21 | Order Confirming Fifth Amended Plan of Reorganization |

| Documents filed in Adversary Proceeding – Adv. Proc. No. 20-03190 | | | |
|---|---|---|---|
| 10. | Adv. Dkt. 1 | 12/7/20 | Debtor's Complaint for Injunctive Relief |
| 11. | Adv. Dkt. 2 | 12/7/20 | Debtor's Motion for Preliminary Injunction |
| 12. | Adv. Dkt. 3 | 12/7/20 | Brief in Support of Debtor's Motion for Preliminary Injunction |
| 13. | Adv. Dkt. 6 | 12/7/20 | Debtor's Motion for Temporary Restraining Order |
| 14. | Adv. Dkt. 7 | 12/7/20 | Brief in Support of Debtor's Motion for Temporary Restraining Order |
| 15. | Adv. Dkt. 10 | 12/10/20 | Order Granting Debtor's Motion for Temporary Restraining Order |
| 16. | Adv. Dkt. 14 | 12/10/20 | Court admitted exhibits date of hearing December 10, 2020 (RE: related document(s)1 Adversary case 20-03190. Complaint by Highland Capital Management, L.P. against James D. Dondero. Nature(s) of suit: 72 (Injunctive relief - other). filed by Plaintiff Highland Capital Management, L.P.) (COURT ADMITTED THE Declaration of James P. Seery, Jr. and Exhibit's #1 Through #29 that was attached to his declaration). (Edmond, Michael) |
| 17. | Adv. Dkt. 32 | 12/28/20 | James Dondero's Motion for Protective Order |
| 18. | Adv. Dkt. 33 | 12/28/20 | Motion for Expedited Hearing on Motion for Protective Order |
| 19. | Adv. Dkt. 34 | 12/28/20 | Debtor's Objection to Motion for Protective Order |
| 20. | Adv. Dkt. 38 | 12/29/20 | Order Resolving Motion for Protective Order |
| 21. | Adv. Dkt. 45 | 1/6/21 | Debtor's Witness and Exhibit List for January 8, 2021 hearing |
| 22. | Adv. Dkt. 48 | 1/07/21 | Debtor's Motion for Contempt against James Dondero |
| 23. | Adv. Dkt. 49 | 1/07/21 | Brief in Support of Debtor's Motion for Contempt |
| 24. | Adv. Dkt. 51 | 1/07/21 | Debtor's Motion for Expedited Hearing on Motion for Contempt |
| 25. | Adv. Dkt. 52 | 1/07/21 | James Dondero's Objection to Debtor's Motion for a Preliminary Injunction |
| 26. | Adv. Dkt. 54 | 1/8/21 | Court admitted exhibits date of hearing January 8, 2021 (RE: related document(s)2 Motion for preliminary injunction (Plaintiff Highland Capital Management, L.P.'s Emergency Motion for a Temporary Restraining Order and Preliminary Injunction against Mr. James Dondero) filed by Plaintiff Highland Capital Management, L.P. (COURT ADMITTED PLAINTIFF/DEBTOR'S EXHIBIT'S #A THROUGH #Y By Mr. John Morris) (Edmond, Michael) |

| 27. | Adv. Dkt. 59 | 1/12/21 | Order Granting Debtor's Motion for Preliminary Injunction |
| 28. | Adv. Dkt. 60 | 1/12/21 | James Dondero's Notice of Appeal of Preliminary Injunction |
| 29. | Adv. Dkt. 63 | 1/13/21 | Amended Notice of Appeal |
| 30. | Adv. Dkt. 64 | 1/13/21 | James Dondero's Motion for Leave to Appeal |
| 31. | Adv. Dkt. 71 | 1/20/21 | Notice of Docketing of Appeal |
| 32. | Adv. Dkt. 73 | 1/20/21 | Notice of Transmittal of Appeal |
| 33. | Adv. Dkt. 75 | 1/27/21 | Emergency Motion to Continue Contempt Hearing |
| 34. | Adv. Dkt. 77 | 1/29/21 | Debtor's Objection to Motion to Continue |
| 35. | Adv. Dkt. 80 | 2/1/21 | Witness and Exhibit List filed by Debtor |
| 36. | Adv. Dkt. 80-1 | 2/1/21 | Debtor's Amended Witness and Exhibit List With Respect to Evidentiary Hearing to be Held on January 8, 2021 [Docket No. 46] |
| 37. | Adv. Dkt. 80-2 | 2/1/21 | Declaration of Mr. James P. Seery, Jr. in Support of the Debtor's Motion for a Temporary Restraining Order Against Mr. James Dondero [Docket No. 46-1] |
| 38. | Adv. Dkt. 80-3 | 2/1/21 | Letter from NexPoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P to James Seery dated October 16, 2020 [Dondero Deposition Exhibit 1; Docket No. 46-2] |
| 39. | Adv. Dkt. 80-4 | 2/1/21 | Letter from NexPoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P to James Seery dated November 24, 2020 [Dondero Deposition Exhibit 2; Docket No. 46-3] |
| 40. | Adv. Dkt. 80-5 | 2/1/21 | Email string dated between November 24, 2020 and November 27, 2020 re SKY equity [Dondero Deposition Exhibit 3; Docket No. 46-4] |
| 41. | Adv. Dkt. 80-6 | 2/1/21 | James Dondero text messages dated November 24, 2020 [Dondero Deposition Exhibit 4; Docket No. 46-5] |
| 42. | Adv. Dkt. 80-7 | 2/1/21 | Debtor's First Request for the Production of Documents Directed to James Dondero [Dondero Deposition Exhibit 5; Docket No. 46-6] |
| 43. | Adv. Dkt. 80-8 | 2/1/21 | Text messages between James Dondero and Jason Rothstein (Dondero 000022; Dondero Deposition Exhibit 6; Docket No. 46-7] |
| 44. | Adv. Dkt. 80-9 | 2/1/21 | Text messages between James Dondero and Tara Loiben (Dondero 000013; Dondero Deposition Exhibit 7; Docket No. 46-8] |
| 45. | Adv. Dkt. 80-10 | 2/1/21 | Order Resolving James Dondero's Emergency Motion for a Protective Order [Docket No. 46-9] |
| 46. | Adv. Dkt. 80-11 | 2/1/21 | Order Granting Debtor's Motion for a Temporary Restraining Order Against James Dondero |

| | | | |
|---|---|---|---|
| | | | [Dondero Deposition Exhibit 9; Leventon Deposition Exhibit 1; Ellington Deposition Exhibit 1; Docket No. 46-10] |
| 47. | Adv. Dkt. 80-12 | 2/1/21 | Letter from Pachulski Stang Ziehl & Jones LLP to D. Michael Lynn dated December 23, 2020 [Dondero Deposition Exhibit 10; Docket No. 46-11] |
| 48. | Adv. Dkt. 80-13 | 2/1/21 | Email string dated December 18, 2020 re Jefferies recap [Dondero Deposition Exhibit 11; Docket No. 46-12] |
| 49. | Adv. Dkt. 80-14 | 2/1/21 | Response to K&L Gates LLP dated December 22, 2020 [Dondero Deposition Exhibit 12; Docket No. 46-13] |
| 50. | Adv. Dkt. 80-15 | 2/1/21 | Response to K&L Gates LLP dated December 23, 2020 [Dondero Deposition Exhibit 13; Docket No. 46-14] |
| 51. | Adv. Dkt. 80-16 | 2/1/21 | Email string dated December 4, 2020 re Multi Strat summary balance sheet as of October 31, 2020 [Docket No. 46-15] |
| 52. | Adv. Dkt. 80-17 | 2/1/21 | Email string dated December 12, 2020 re possible deal [Dondero Deposition Exhibit 15; Docket No. 46-16] |
| 53. | Adv. Dkt. 80-18 | 2/1/21 | Email string dated December 16, 2020 re list for joint meeting [Dondero Deposition Exhibit 16; Docket No. 46-17; Bates Nos. HCMLP 000487-000488] |
| 54. | Adv. Dkt. 80-19 | 2/1/21 | Text messages between James Dondero and Melissa Schroth (Dondero 000014; Dondero Deposition Exhibit 17; Docket No. 46-18] |
| 55. | Adv. Dkt. 80-20 | 2/1/21 | Text messages between James Dondero and Isaac Leventon (Dondero 000043; Dondero Deposition Exhibit 18; Leventon Deposition 9; Docket No. 46-19] |
| 56. | Adv. Dkt. 80-21 | 2/1/21 | Email string dated December 24, 2020 re HarbourVest settlement motion [Docket No. 46-20] |
| 57. | Adv. Dkt. 80-22 | 2/1/21 | Letter from Bonds Ellis to J. Pomerantz dated December 29, 2020 [Docket No. 46-21] |
| 58. | Adv. Dkt. 80-23 | 2/1/21 | Email string dated between December 7, 2020 and December 8, 2020 re call scheduled by Scott Ellington [Docket No. 46-22] |
| 59. | Adv. Dkt. 80-24 | 2/1/21 | Email string dated December 15, 2020 re The Dugaboy Investment Trust and Get Good Trust Common Interest Agreement [Leventon Deposition Exhibit 8; Docket No. 46-23] |

| 60. | Adv. Dkt. 80-25 | 2/1/21 | Letter from K&L Gates to J. Pomerantz dated December 31, 2020 [Docket No. 46-24] |
|---|---|---|---|
| 61. | Adv. Dkt. 80-26 | 2/1/21 | Email string dated December 23, 2020 re Dondero call [Docket No. 46-25] |
| 62. | Adv. Dkt. 80-27 | 2/1/21 | Letter from Pachulski Stang Ziehl & Jones LLP to D. Michael Lynn dated December 23, 2020 [Dondero Deposition Exhibit 10] |
| 63. | Adv. Dkt. 80-28 | 2/1/21 | Declaration of John A. Morris in Support of the Debtor's Motion for an Order Requiring Mr. James Dondero to Show Cause Why He Should Not Be Held in Civil Contempt for Violating the TRO [Docket No. 50] |
| 64. | Adv. Dkt. 80-29 | 2/1/21 | The Official Committee of Unsecured Creditors' Expedited Requests for Production of Documents to Highland |
| 65. | Adv. Dkt. 80-30 | 2/1/21 | The Official Committee of Unsecured Creditors' Second Requests for Production of Documents to Highland |
| 66. | Adv. Dkt. 80-31 | 2/1/21 | The Official Committee of Unsecured Creditors' Third Requests for Production of Documents to Highland |
| 67. | Adv. Dkt. 80-32 | 2/1/21 | The Official Committee of Unsecured Creditors' Fourth Requests for Production of Documents to Highland |
| 68. | Adv. Dkt. 80-33 | 2/1/21 | Official Committee of Unsecured Creditors' Emergency Motion to Compel Production by the Debtor [Docket 808] |
| 69. | Adv. Dkt. 80-34 | 2/1/21 | Debtor's Motion for Entry of (I) A Protective Order, or, in the Alternative, (Ii) An Order Directing the Debtor to Comply With Certain Discovery Demands Tendered by the Official Committee of Unsecured Creditors, Pursuant to Federal Rules of Bankruptcy Procedure 7026 and 7034 [Docket 810] |
| 70. | Adv. Dkt. 80-35 | 2/1/21 | Transcript of 07/21/20 Hearing |
| 71. | Adv. Dkt. 80-36 | 2/1/21 | Transcript of 01/08/21 Hearing |
| 72. | Adv. Dkt. 80-37 | 2/1/21 | Transcript of 01/26/21 Hearing |
| 73. | Adv. Dkt. 88 | 2/5/21 | Amended Notice of Hearing on Motion for Contempt |
| 74. | Adv. Dkt. 101 | 2/17/21 | Debtor's Amended Witness and Exhibit List for Hearing on Motion for Contempt |
| 75. | Adv. Dkt. 101-1 | 2/17/21 | Response of James Dondero to the Official Committee of Unsecured Creditors' Emergency |

| | | | Motion to Compel Production by the Debtor [Case No. 19-34054, Docket No. 832] |
|---|---|---|---|
| 76. | Adv. Dkt. 101-2 | 2/17/21 | E-mail string from October 26, 2020 titled "Highland: Privilege Terms Searches" [Leventon Deposition Exhibit 2] |
| 77. | Adv. Dkt. 101-3 | 2/17/21 | E-mail string from November 13, 2020 titled "Highland: Document Production Issues" [Leventon Deposition Exhibit 3] |
| 78. | Adv. Dkt. 101-4 | 2/17/21 | E-mail string dated December 3, 2020 titled "Highland: Firm Phones" [Leventon Deposition Exhibit 4] |
| 79. | Adv. Dkt. 101-5 | 2/17/21 | E-mail dated December 3, 2020 from Leventon to Kim, Schroth [Leventon Deposition Exhibit 5; Bates No. HCMLP 000382] |
| 80. | Adv. Dkt. 101-6 | 2/17/21 | E-mail string dated December 4, 2020 titled "Dugaboy Investment Trust" [Leventon Deposition Exhibit 6; Bates Nos. HCMLP 000426-000427] |
| 81. | Adv. Dkt. 101-7 | 2/17/21 | E-mail string dated December 7, 2020 re Engagement [Leventon Deposition Exhibit 7; Bates Nos. HCMLP 000374-000376] |
| 82. | Adv. Dkt. 101-8 | 2/17/21 | E-mail dated January 11, 2021 re AT&T changes to account [Ellington Deposition Exhibit 2; Bates Nos. HCMLP 000372-000373] |
| 83. | Adv. Dkt. 101-9 | 2/17/21 | E-mail dated December 11, 2020 re Testimony [Ellington Deposition Exhibit 3; Bates No. HCMLP 000498] |
| 84. | Adv. Dkt. 101-10 | 2/17/21 | E-mail dated December 12, 2020 re witnesses for hearing [Ellington Deposition Exhibit 4; Bates No. HCMLP 000504] |
| 85. | Adv. Dkt. 101-11 | 2/17/21 | E-mail dated December 15, 2020 re Clubok [Ellington Deposition Exhibit 6; Bates No. HCMLP 000496] |
| 86. | Adv. Dkt. 101-12 | 2/17/21 | E-mail dated December 16, 2020 from Michael Lynn to Scott Ellington re Call [Ellington Deposition Exhibit 9; Bates No. HCMLP 000515] |
| 87. | Adv. Dkt. 101-13 | 2/17/21 | E-mail dated December 24, 2020 re Letters to and From K&L Gates [Ellington Deposition Exhibit 11; Bates Nos. HCMLP 000509-000512] |
| 88. | Adv. Dkt. 101-14 | 2/17/21 | E-mail string dated December 24, 2020 re Letter and Discovery Requests [Ellington Deposition Exhibit 12; Bates Nos. HCMLP 000606-000619] |
| 89. | Adv. Dkt. 101-15 | 2/17/21 | Highland's New Cell Phone Reimbursement Policy dated March 27, 2012 |

| 90. | Adv. Dkt. 101-16 | 2/17/21 | Highland Capital Management Employee Handbook |
|---|---|---|---|
| 91. | Adv. Dkt. 101-17 | 2/17/21 | Annual Certification and Conflicts of Interest Disclosure 2019 (James Dondero) **(REDACTED)** |
| 92. | Adv. Dkt. 101-18 | 2/17/21 | Q3 2020 Questionnaire and Transactions Certification (James Dondero) **(REDACTED)** |
| 93. | Adv. Dkt. 101-19 | 2/17/21 | Annual Certification and Conflicts of Interest Disclosure 2019 (Scott Ellington) |
| 94. | Adv. Dkt. 101-20 | 2/17/21 | Q3 2020 Questionnaire and Transactions Certification (Scott Ellington) |
| 95. | Adv. Dkt. 106 | 2/20/21 | James Dondero's Witness and Exhibit List for Contempt Hearing |
| 96. | Adv. Dkt. 106-1 | 2/20/21 | Amended and Restated Shared Services Agreement, dated effective as of January 1, 2018, by and between Highland Capital Management, L.P. and NexPoint Advisors, L.P. |
| 97. | Adv. Dkt. 106-2 | 2/20/21 | Second Amended and Restated Shared Services Agreement by and between Highland Capital Management, L.P. and Highland Capital Management Fund Advisors, L.P., dated February 8, 2013 |
| 98. | Adv. Dkt. 106-3 | 2/20/21 | Debtor's Responses and Objections to Defendant James Dondero's First Set of Discovery Requests to Highland Capital Management, L.P. |
| 99. | Adv. Dkt. 106-4 | 2/20/21 | Debtor's Notice of Termination of Shared Services Agreement with NexPoint Advisors, L.P. effective January 31, 2021 |
| 100. | Adv. Dkt. 106-5 | 2/20/21 | Debtor's Notice of Termination of Shared Services Agreement with Highland Capital Management Fund Advisors, L.P. effective January 31, 2021 |
| 101. | Adv. Dkt. 106-6 | 2/20/21 | Employee Handbook of Highland Capital Management, L.P. |
| 102. | Adv. Dkt. 106-7 | 2/20/21 | Debtor's Response to Mr. James Dondero's Motion for Entry of an Order Requiring Notice and Hearing for Future Estate Transactions Occurring Outside the Ordinary Course of Business [Docket No. 1546] |
| 103. | Adv. Dkt. 106-8 | 2/20/21 | Term Sheet [Dkt. 354 and 354-1] |
| 104. | Adv. Dkt. 106-9 | 2/20/21 | Email from Debtor's counsel to Dondero's counsel, dated December 23, 2020 |
| 105. | Adv. Dkt. 106-10 | 2/20/21 | Dondero's Objections and Responses to Debtor's First Request for Production |

| 106. | Adv. Dkt. 106-11 | 2/20/21 | Email from Bryan Assink to Debtor's counsel containing Dondero's Objections and Responses to Debtor's First Request for Production, dated December 31, 2020 |
| 107. | Adv. Dkt. 106-12 | 2/20/21 | Sub-Advisory Agreement between NexPoint Advisors, L.P. and Highland Capital Management, L.P. |
| 108. | Adv. Dkt. 106-13 | 2/20/21 | Payroll Expense Reimbursement Agreement dated effective as of January 1, 2018 by and between NexPoint Advisors, L.P. and Highland Capital Management, L.P. |
| 109. | Adv. Dkt. 106-14 | 2/20/21 | Payroll Expense Reimbursement Agreement dated effective as of May 1, 2018 by and between Highland Capital Management Fund Advisors, L.P. and Highland Capital Management, L.P. |
| 110. | Adv. Dkt. 106-15 | 2/20/21 | Transcript of December 10, 2020 Hearing |
| 111. | Adv. Dkt. 106-16 | 2/20/21 | Email chain between Douglas Draper, John Morris, and Isaac Leventon regarding Dugaboy documents, dated December 16, 2020 |
| 112. | Adv. Dkt. 106-17 | 2/20/21 | Email chain between Douglas Draper and John Morris regarding Dugaboy documents, dated December 18, 2020 |
| 113. | Adv. Dkt. 106-18 | 2/20/21 | Email chain between Douglas Draper and John Morris regarding Dugaboy documents, dated December 18, 2020 |
| 114. | Adv. Dkt. 106-19 | 2/20/21 | Email chain between Douglas Draper and John Morris regarding Dugaboy documents, dated December 23, 2020 |
| 115. | Adv. Dkt. 106-20 | 2/20/21 | Email chain between Douglas Draper and John Morris regarding Dugaboy documents, dated January 14, 2021 |
| 116. | Adv. Dkt. 107 | 2/20/21 | James Dondero's Motion in Limine |
| 117. | Adv. Dkt. 108 | 2/20/21 | James Dondero's Motion for Emergency Hearing on Motion in Limine |
| 118. | Adv. Dkt. 110 | 2/21/21 | James Dondero's Objection to Debtor's Motion for Contempt |
| 119. | Adv. Dkt. 111 | 2/11/21 | District Court Memorandum Opinion and Order Denying Leave to Appeal Preliminary Injunction |
| 120. | Adv. Dkt. 115 | 2/24/21 | Debtor's Objection to James Dondero's Motion in Limine |
| 121. | Adv. Dkt. 121 | 3/4/21 | Amended Notice of Hearing on Motion for Contempt |
| 122. | Adv. Dkt. 126 | 3/10/21 | Motion to Continue Contempt Hearing, with exhibits |

| 123. | Adv. Dkt. 126-1 | 3/10/21 | Exhibit A to Motion to Continue |
|---|---|---|---|
| 124. | Adv. Dkt. 126-2 | 3/10/21 | Exhibit B to Motion to Continue |
| 125. | Adv. Dkt. 128 | 3/21/21 | Debtor's Amended Exhibit List (Debtor's Notice of Replacement Exhibits 11, 38, and 39) |
| 126. | Adv. Dkt. 128-1 | 3/21/21 | Debtor's Exhibit 11 - Order Granting Debtor's Motion for a Temporary Restraining Order Against James Dondero |
| 127. | Adv. Dkt. 128-2 | 3/21/21 | Debtor's Exhibit 38 – Invoice of Debtor's counsel for the period from November 3, 2020 through December 31, 2020 |
| 128. | Adv. Dkt. 128-3 | 3/21/21 | Debtor's Exhibit 39 – Invoice of Debtor's counsel for the period from December 10, 2020 through January 31, 2021 |
| 129. | Adv. Dkt. 140 | 3/22/21 | Court admitted exhibits date of hearing March 22, 2021 (RE: related document(s)48 Motion for contempt against James Dondero regarding Violation of the Temporary Restraining Order (Plaintiff's Motion for an Order Requiring Mr. James Dondero to Show Cause Why He Should Not Be Held in Civil Contempt for Violating the TRO) filed by Plaintiff Highland Capital Management, L.P., (COURT ADMITTED DEBTOR'S EXHIBITS #1, #2, #7, #8, #9, #10, #11, #12, #13, #14, #15, #17, #18, #19, #20, #21, #22, #24, #25, #26, #27, #28, #33, #35, #36, #37, #38, #39, #47 THROUGH #57, & DEFENDANT/JAMES DONDERO EXHIBIT'S #1 THROUGH #20) (Edmond, Michael) (Entered: 03/25/2021) |
| 130. | Adv. Dkt. 131 | 3/23/21 | Notice of Continued Hearing on Motion for Contempt |
| 131. | Adv. Dkt. 132, 132-1, 132-2, 132-3 | 3/24/21 | James Dondero's Motion to Reopen Evidence to Allow for Additional Rebuttal Witness Testimony, with exhibits |
| 132. | Adv. Dkt. 134 | 3/24/21 | Order Denying James Dondero's Motion to Reopen |
| 133. | Adv. Dkt. 159 | 5/3/21 | James Dondero's Brief Opposed to Debtor's Complaint for Injunctive Relief |
| 134. | Adv. Dkt. 180 | 5/18/21 | Notice of Filing of Proposed Consensual Order Resolving Adversary Proceeding |
| 135. | Adv. Dkt. 182 | 5/18/21 | Order Resolving Adversary Proceeding |
| 136. | Adv. Dkt. 196 | 6/15/21 | James Dondero's Emergency Motion to Stay Pending Appeal |

| 137. | Adv. Dkt. 197 | 6/15/21 | Motion for Emergency Hearing on Motion to Stay Pending Appeal |
| 138. | Adv. Dkt. 198 | 6/17/21 | Notice of Hearing on Motion to Stay |
| 139. | Adv. Dkt. 201 | 6/22/21 | Stipulation and Agreed Order Resolving Defendant's Emergency Motion to Stay Pending Appeal and for Approval of Supersedeas Bond or Other Security |
| **Transcripts** | | | |
| 140. | | 12/10/20 | Transcript of hearing conducted on December 10, 2020 in Adv. No. 20-03190 [Adv. Dkt. 19] |
| 141. | | 12/16/20 | Transcript of hearing conducted on December 16, 2020 in Case No. 19-34054 |
| 142. | | 1/8/21 | Transcript of hearing conducted on January 8, 2021 in Adv. No. 20-03190 [Adv. Dkt. 56] |
| 143. | | 1/26/21 | Transcript of hearing conducted on January 26, 2021 in Adv. No. 21-3000 |
| 144. | | 3/22/21 | Transcript of hearing conducted on March 22, 2021 in Adv. No. 20-03190 |
| 145. | | 3/24/21 | Transcript of hearing conducted on March 24, 2021 in Adv. No. 20-03190 |
| 146. | | 5/18/21 | Transcript of hearing conducted on May 18, 2021 in Adv. No. 20-03190 |
| 147. | | 5/20/21 | Transcript of hearings conducted on May 20, 2021 in Adv. Nos. 20-03195 and 21-03003 |

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1.      Whether the Bankruptcy Court erred in finding Appellant violated the TRO.

2.      Whether the Bankruptcy Court erred in finding by clear and convincing evidence that Appellant violated a clear, definite, and specific provision of the TRO.

3.      Whether the Bankruptcy Court erred in imposing significant monetary sanctions against Appellant when, among other things, the Debtor failed to demonstrate that its business suffered any financial harm, damages, interruption, or losses resulting from the purported violations.

4.      Whether the Bankruptcy Court erred in imposing a "$100,000 sanction" for each level of appeal of the Contempt Order that Appellant may take.

5.     Whether the Bankruptcy Court improperly and contrary to the evidence found Appellant violated the TRO for actions he took before the TRO was entered.

6.     Whether the Bankruptcy Court erred in assessing monetary contempt sanctions against Appellant for purported violations of the TRO when the Debtor failed to put on any evidence of financial harm suffered by the Debtor resulting from the purported violations.

7.     Whether the Bankruptcy Court erred in admitting and considering the invoices of Debtor's counsel in imposing contempt sanctions, including because (i) the invoices were admitted without competent testimony; (ii) there was no independent evidence that the fees incurred in the invoices related to the Contempt Motion; and (iii) the fees incurred were not reasonable, necessary, or sufficient as to be compensable under the law of the Fifth Circuit.

8.     Whether the Bankruptcy Court erred in purportedly basing its monetary contempt sanction on the invoices of Debtor's counsel when (i) the invoices were admitted without competent testimony; (ii) the invoices did not segregate time entries for matters solely related to the Contempt Motion; (iii) the invoices included the Debtor's professional fees for all time incurred in the broad category of "Bankruptcy Litigation," which included hundreds of time entries—and hundreds of thousands of dollars in fees—for matters not even related to this adversary proceeding; (iv) there was no evidence that the sanctions imposed by the Court, which were purportedly based on the fees incurred by the Debtor as shown in counsel's invoices, were related to the Contempt Motion or the actions on which the motion is based; and (v) the fees incurred were not reasonable, necessary, or sufficient as to be compensable under the law of the Fifth Circuit.

9.     Whether the Bankruptcy Court erred in basing certain of its contempt sanctions on attorney's fees purportedly incurred by the Debtor in February and March when there were no

invoices, testimony, or other evidence in the record to support the purported fees as estimated by the Bankruptcy Court.

10.     Whether the Bankruptcy Court erred by improperly shifting the burden of proof to Appellant in determining whether he violated the TRO, including by finding his communications with certain employees of the Debtor were not authorized under the exceptions to the TRO despite the fact that the Debtor did not establish by clear and convincing evidence that these exceptions did not apply to the alleged offending conduct.

11.     Whether the contempt sanctions imposed by the Bankruptcy Court are in effect punitive, criminal contempt sanctions that the Bankruptcy Court lacks authority and jurisdiction to impose.

Dated: June 29, 2021                                          Respectfully submitted,

                                                             */s/ Bryan C. Assink*
                                                             John T. Wilson IV
                                                             State Bar I.D. No. 24033344
                                                             Clay M. Taylor
                                                             State Bar I.D. No. 24033261
                                                             Bryan C. Assink
                                                             State Bar I.D. No. 24089009
                                                             BONDS ELLIS EPPICH SCHAFER JONES LLP
                                                             420 Throckmorton Street, Suite 1000
                                                             Fort Worth, Texas 76102
                                                             (817) 405-6900 telephone
                                                             (817) 405-6902 facsimile
                                                             Email: john.wilson@bondsellis.com
                                                             Email: clay.taylor@bondsellis.com
                                                             Email: bryan.assink@bondsellis.com

                                                             **ATTORNEYS FOR APPELLANT JAMES DONDERO**

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that, on June 29, 2021, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on counsel for Debtor-Appellee Highland Capital Management, L.P. and on all other parties requesting or consenting to such service in this case.

*/s/ Bryan C. Assink*
Bryan C. Assink